# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER C. HENIGE,**

    Plaintiff,

    v.                                           Case No. 20-CV-6

**BOARD OF REGENTS OF THE UNIVERISTY OF WISCONSIN SYSTEM, et al.,**

    Defendants.

## ORDER

Christopher C. Henige filed a *pro se* complaint against his former employer, the Board of Regents of the University of Wisconsin System, and numerous other defendants. (Docket # 1.) On February 11, 2021, I granted the defendants' motion to dismiss the complaint. (Docket # 12.) Count V was dismissed with prejudice; the remaining counts were dismissed without prejudice. (*Id.* at 22–23.) Henige was granted leave to file an amended complaint within 14 days of the date of the decision and order. (*Id.* at 23.) To date, Henige has failed to file an amended complaint.

**IT IS HEREBY ORDERED** that Henige shall have **ten (10) days** from the date of this order to file an amended complaint. If Henige fails to submit an amended complaint in accordance with this order, I will dismiss this action without further notice for failure to prosecute.

Dated at Milwaukee, Wisconsin this 8th day of March, 2021.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge